**Rebecca McCormick and Arabella McCormick, appellees, v. City of Peru, appellant. Gen. No. 7,397.**

Action on the case for damages against defendant city for turning off electric current. Judgment for plaintiffs. Appeal from the Circuit Court of La Salle county; the Hon. Edgar Eldredge, Judge, presiding. Heard in this court at the October term, 1924. Reversed and remanded. Opinion filed April 25, 1925.

Charles W. Helmig and Butters & Butters, for appellant. J. E. Coleman and Kelly, Kelly & Kelly, for appellees.

Mr. Presiding Justice Jett delivered the opinion of the court.

---

**The Federal Land Bank of St. Louis, plaintiff in error, v. John Weigle, defendant in error. Gen. No. 7,403.**

Bill to foreclose trust deed. Decree for defendant. Error to the Circuit Court of Lee county; the Hon. Oscar E. Heard, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed April 25, 1925. Rehearing denied September 26, 1925.

George E. Martin and Theo. E. Kircher, for plaintiff in error. H. A. Brooks, for defendant in error.

Mr. Presiding Justice Jett delivered the opinion of the court.

---

**Joseph G. Dingle, appellee, v. The Republican-Times Printing Company, appellant. Gen. No. 7,410.**

Assumpsit for services rendered. Judgment for plaintiff. Appeal from the Circuit Court of La Salle county; the Hon. Edgar Eldredge, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed April 25, 1925. Rehearing denied and opinion slightly modified September 26, 1925. *Certiorari* denied by Supreme Court (making opinion final).

Butters & Butters, for appellant. Arthur H. Shay, for appellee.

Mr. Presiding Justice Jones delivered the opinion of the court.

---

**James M. Longshore, appellee v. Joseph Fanyo, appellant. Gen. No. 7,442.**

Assumpsit to recover damages for failure to deliver automobile sold. Judgment for plaintiff. Appeal from the Circuit Court of Iroquois county; the Hon. Frank L. Hooper, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed April 25, 1925. *Certiorari* denied by Supreme Court (making opinion final).

J. W. Kern and C. N. Saum, for appellant; C. G. Hirschi, of counsel. Wendell P. Kay, Free P. Morris and Roscoe C. South, for appellee.

Mr. Presiding Justice Jett delivered the opinion of the court.